# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH

FILED
AUG - 6 2025
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

POINT BRIDGE CAPITAL, LLC,

    *Plaintiff,*

v.

CHARLES JOHNSON,

    *Defendant.*

4:2024-CV-00988-P

**NOTICE OF APPEAL**

Please take notice that Defendant Charles Johnson, *pro se*, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Dkt. 104) entered in this action on July 29, 2025, and from all orders and rulings adverse to Defendant.

Dated: August 2, 2025
[Washington, D.C.]

Respectfully submitted,

/s/ Charles Johsnon
[1624 Fieldthorn Drive, Reston, VA,
6174294718, charlescjohnson88@gmail.com]
Pro Se Defendant

*[signature]* 08/04/2025