# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 28, 2025
Lyle W. Cayce
Clerk

No. 25-10919

---

Point Bridge Capital, L.L.C.; Hal Lambert,

*Plaintiffs—Appellees,*

versus

Charles Johnson,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-988

---

UNPUBLISHED ORDER

Before Stewart, Willett, and Wilson, *Circuit Judges*.

Per Curiam:

  Pro se appellant Charles Johnson moves to stay enforcement of the district court's $71 million judgment against him pending disposition of his appeal. When seeking a stay pending appeal, a movant must "present a substantial case on the merits." *Plaquemines Par. v. Chevron USA, Inc.*, 84 F.4th 362, 373 (5th Cir. 2023) (quoting *Ruiz v. Estelle*, 650 F.2d 555, 565 (5th Cir. Unit A 1981) (per curiam)); *see also Nken v. Holder*, 556 U.S. 418, 426 (2009) (instructing courts to consider "whether the stay applicant has

made a strong showing that he is likely to succeed on the merits"). Johnson has not made that showing. His motion does not indicate the grounds for his appeal, and his notice of appeal states only that he is appealing "from the Final Judgment . . . and from all orders and rulings adverse to" him. Accordingly, Johnson's motion for a stay must be denied. However, our denial does not prevent Johnson from making a renewed motion that demonstrates his likelihood of success on the merits of his appeal and complies with the requirements of Federal Rule of Appellate Procedure 8(a)(2).

IT IS ORDERED that the Appellant's motion to stay enforcement of the district court's judgment is DENIED.