# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-10919   Point Bridge Capital v. Johnson
                   USDC No. 4:24-CV-988

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Jasmine Jonea Forman*
   By: _____
                Jasmine J. Forman, Deputy Clerk

Mr. Charles Johnson
Ms. Karen S. Mitchell
Mr. William Bennett Thompson