January 8, 2026

In Appeal from USDC No. 4:24-CV-988

## Motion For Bail Pending Appeal Reply Brief Addendum

Please forgive the handwriting as I am currently wrongfully incarcerated in Johnson County Jail.

It may be helpful to give a chronology of the bad faith lawsuit filed by Plaintiff ostensibly with the backing of an unnamed litigation financer, likely Elon Musk and his associates. I began writing critically about Elon Musk in 2022 as part of my work as an independent journalist on Substack. My work was well read and praised by numerous journalists, including by the Wall Street Journal which followed up on my reporting into Musk's criminality. Around this time Musk business associate Steve Oskoui demanded I cease writing about Musk and refused to pay me money he owed me. Oskoui and Plaintiff are well acquainted. Before Plaintiff stole my investment in Umbra, a satellite company, I had introduced Oskoui and Plaintiff at a lunch in Austin in 2020. (Plaintiff admitted that he attended parties hosted by Oskoui where drugs and alcohol were consumed on the stand.) It is my understanding that Plaintiff is acting as a front man of Musk and his associates to punish me for my work as a Confidential Human Source for the FBI & as a source for journalists at major publications, including the Wall Street Journal & the New York Times. Plaintiff's Counsel has sought to use this lawsuit and attendant discovery as a "smoke screen" to learn about these efforts to hold Musk accountable. [Musk did similarly with his D.O.G.E., targeting government agencies investigating him.] While Plaintiff's Counsel sought to minimize my work as an informant for the FBI, Plaintiff himself availed himself of that connection and even worked a case involving elder abuse with my handler. I was commended for my work exposing Musk foundation employee Igor Kurganov who Musk had put in charge of his multi-billion dollar charity, notwithstanding Kurganov's ties to organized crime and money laundering. Special Agent Johnathan Buma spoke with Musk right hand Jared Birchal as well as Musk personal attorney and Quinn Emanuel partner Alex Spiro and Kurganov was fired. Though the FBI appreciated my work, Gator Greenwill informed me that there was going to be an effort at "lawfare" against me. (You'll note that Plaintiff's Counsel Will Thompson has moved from Quinn Emanuel, Musk's personal firm, to DLA Piper, Tesla's main firm.) Gator Greenwill was named but curiously not charged in the nonsensical RICO complaint filed by Plaintiff in October 2024 and served — maliciously — on my birthday October 22, 2024. There have been a number of strange occurrences. In Summer 2022, Omer Gurel and I visited Steve Oskoui and watched as my phone was hacked. Hacked data from my

email showed up in this trial. It is my belief that had I participated in the broad & ever changing requests for discovery I would have helped Plaintiff et. al. parallel construct information they had already illegally obtained. Opposing Counsel tried and failed to interest a U.S. Attorney in Texas and Nebraska to prosecute me, showing little interest in whatever supposed damages ~~Lambert~~ Plaintiff had sustained. (Mind you he had worked to cheat me in two separate business ventures.)

In December 2024, I confronted Elon Musk about his criminal conduct on X. The space was recorded. Shortly thereafter there was renewed vigor in using "lawfare" to "punish me" for exposing Musk's illegal conduct, notably in the Ukraine War but elsewhere as well. Musk said that I "would go to jail" and that he would see to it. The audio was recorded and remains online. Musk talked openly about using lawfare against his enemies at the time.

At trial, I was hit with a default judgment because I could not, as a working journalist, turn over material that I had gotten from sources, nor could I share my work as a CHS without harming criminal investigations into Musk and his associates. Plaintiff's Counsel did not seem interested in my assets, meager though they may be.

At trial, during discovery and post-judgment discovery and on the stand repeatedly, Plaintiff's Counsel asked about my work as an informant and put a target on my back in the Johnson County Jail. I was shortly thereafter assaulted and remain in solitary confinement on a U.S. Marshall hold, some 25 days later. This jail has had numerous civil rights violations and its Sheriff was recently federally indicted for abuse of power. I am, to put it mildly, not safe here. Bail would enable me to take appropriate measures for my own safety while the case is under appeal.

I could not comply with post-judgment discovery because I have never handled my financial affairs. Because I could not answer financial questions I did not know Judge Pittman has called me "mentally ill," and arrested me for civil contempt. There is no way to purge said contempt. I was also hit with a $1000.00 fine (though I have asked...) for "stealing" a mug, which I had taken back to my hotel and washed after. Opposing Counsel lied about what I had said. I am the victim of a malicious prosecution and intend to pursue those claims when I am healthy and able → ③

This lawsuit was a part of a playbook by some of the wealthiest people in the world to avoid legal and journalistic inquiries into their criminal conduct. My credit cards are maxed out, my assets are frozen, and all I seek to do is spend time in safety with family as the 5th Circuit weighs my appeal. It has not been easy going up against some of the most powerful people in the world as a pro se litigant denied the use of paper & pen by the Johnson County Jail. Nor has any real effort been made to keep my or my family's privacy & financial information safeguarded. Opposing Counsel has repeatedly behaved in an unethical and atrocious matter, allowing his client to launder questions about existing or closed criminal matters which have nothing to do with anything, nothing to do with anything even remotely related to this case. I have been denied Thanksgiving, Christmas, NYE, and Epiphany with my loved ones who live very far from this jail. I have repeatedly offered to comply with reasonable requests for discovery even as my health declines. Staying here interferes with my ability to meaningfully represent myself.

    I hereby affirm that the ~~following~~ aforementioned and written above is true under the penalty of perjury, so help me God.

               *Charles Johnson*
                Charles Johnson
              Inmate # 202503307
           Illegally detained since 11/20/2025

P.S. Though neither of my parents can type, I have instructed them to record my voice as the mail here is slow.

Charles Johnson
S0#202503307
Johnson County Jail
1900 Ridgemar
Cleburne, TX 76031

NORTH TEXAS TX P&DC
DALLAS TX 750
10 JAN 2026 PM 5 L

Re: 25-10919

Legal Mail:
Office of the Clerk (Lyle W. (ayca))
600 S. Maestri Place Suite 115
New Orleans, LA 70130

INMATE MAIL

70130-344040