# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 26, 2026

Mr. Samuel Atticus Pollock-Bernard
DLA Piper, L.L.P. (US)
500 8th Street, N.W.
Washington, DC 20004

Mr. William Bennett Thompson
DLA Piper, L.L.P. (US)
1900 N. Pearl Street
Suite 2200
Dallas, TX 75201-4629

No. 25-10919  Point Bridge Capital v. Johnson
USDC No. 4:24-CV-988

Dear Mr. Pollock-Bernard and Mr. Thompson,

The briefing notice issued 9/23/25 is resumed this date. Appellees' brief is due within 30 days from the date of this notice, or, by not later than 2/25/26.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
   Mr. Charles Johnson

_____

Case No. 25-10919

_____

Point Bridge Capital, L.L.C.; Hal Lambert,

    Plaintiffs - Appellees

v.

Charles Johnson,

    Defendant - Appellant