Case: 25-10919    Document: 98    Page: 1    Date Filed: 04/10/2026

Case No. 25-10919

Point Bridge Capital, L.L.C.; Hal Lambert,

Plaintiffs - Appellees

v.

Charles Johnson,

Defendant - Appellant

Record Excerpts

CM/ECF

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CIVIL DOCKET FOR CASE #: 4:24-cv-00988-P
## Internal Use Only

| | |
|---|---|
| Point Bridge Capital, LLC v Johnson | Date Filed: 10/16/2024 |
| Assigned to: Judge Mark Pittman | Date Terminated: 07/29/2025 |
| Demand: $9,999,000 | Jury Demand: Plaintiff |
| Cause: 18:1962 Racketeering (RICO) Act | Nature of Suit: 470 Other Statutes: Racketeer Influenced and Corrupt Organizations |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Point Bridge Capital, LLC**            represented by  **William Bennett Thompson**
DLA Piper LLP US
1901 N Pearl Street
Suite 2200
Dallas, TX 75201
214-743-4500
Email: will.thompson1@us.dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Hal Lambert**            represented by  **William Bennett Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Charles Johnson**            represented by  **Charles Johnson**
1624 Fieldthon Drive
Reston, VA 20194
617-429-4718
PRO SE

**Bernard Kleinman**
Law Office of Bernard V. Kleinman PLLC
108 Village Square
Suite 313
Somers, NY 10589

914-644-6660
Fax: 914-694-1647
Email: attrnylwyr@yahoo.com
*TERMINATED: 12/19/2024*
*Bar Status: Admitted/In Good Standing*

**Devon Judy Sanders-FPD**
Federal Public Defender
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
832-677-0830
Email: devon_sanders@fd.org
*TERMINATED: 06/18/2025*
*Bar Status: Admitted/In Good Standing*

**Joshua Smith Rhodes-FPD**
Office of the Federal Public Defender
819 Taylor Street
Room 9A10
Fort Worth, TX 76102
817-978-2753
Fax: 817-978-2757
Email: joshua_rhodes@fd.org
*TERMINATED: 06/18/2025*
*Bar Status: Admitted/In Good Standing*

**Lawrence J Friedman**
Friedman & Feiger, LLP
17304 Preston Road
Ste 300
Dallas, TX 75252
972-788-1400
Fax: 214-346-4240
Email: lfriedman@fflawoffice.com
*TERMINATED: 05/08/2025*
*Bar Status: Admitted/In Good Standing*

**William Carter Boisvert**
Friedman & Feiger, LLP
17304 Preston Road,
Suite 300
Dallas, TX 75252
512-538-5788
Email: cboisvert@fflawoffice.com
*TERMINATED: 05/08/2025*
*Bar Status: Admitted/In Good Standing*

**Mediator**

**ADR Provider**                     represented by **David Lattimore Evans**
David L. Evans
P.O. Box 100422
Fort Worth, TX 76185-0422
817-307-9970
Email: evansdavidl@msn.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**David E Keltner**
Kelly Hart & Hallman
201 Main St
Suite 2500
Fort Worth, TX 76102-3194
817-878-3560
Fax: 817-878-9760
Email: david.keltner@kellyhart.com
*TERMINATED: 12/26/2024*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2024 | 1 | COMPLAINT WITH JURY DEMAND against Charles Carlisle Johnson filed by Point Bridge Capital, LLC. (Filing Fee Paid - $405.00 - Receipt No. ATXNDC-14993255) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Thompson, William) Modified to add payment information on 10/17/2024 (bdb). (Entered: 10/16/2024) |
| 10/16/2024 | 2 | New Case Notes: A filing fee has been paid. File to: Judge Pittman. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (bdb) (Entered: 10/17/2024) |
| 10/17/2024 | 3 | Summons Issued as to Charles Johnson. (bdb) (Entered: 10/17/2024) |
| 10/28/2024 | 4 | AMENDED COMPLAINT WITH JURY DEMAND against All Defendants filed by Point Bridge Capital, LLC, Hal Lambert. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Thompson, William) (Entered: 10/28/2024) |
| 11/04/2024 | 5 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Hal Lambert, Point Bridge Capital, LLC. (Clerk QC note: No affiliate entered in ECF). (Thompson, William) (Entered: 11/04/2024) |

| 11/18/2024 | 6 | Motion for Extension of Time to File Answer *and* (), MOTION Appear without Local Counsel & File Answer filed by Charles Johnson Attorney Bernard Kleinman added to party Charles Johnson(pty:dft) (Kleinman, Bernard) (Entered: 11/18/2024) |
|---|---|---|
| 11/18/2024 | 7 | ELECTRONIC ORDER granting 6 Defendant's Motion for Extension of Time to File Answer. Defendant shall file his answer or other responsive pleading on or before November 22, 2024. 6 Defendant's Motion to proceed without local counsel is Denied. Local counsel on behalf of Defendant shall appear within fourteen days of this order. Failure to comply with the Court's Order will result in the issuance of appropriate sanctions. (Ordered by Judge Mark Pittman on 11/18/2024) (chmb) (Entered: 11/18/2024) |
| 11/22/2024 | 8 | ANSWER to 4 Amended Complaint,, filed by Charles Johnson. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (Kleinman, Bernard) (Entered: 11/22/2024) |
| 11/22/2024 | 9 | ORDER: Proposed Scheduling Order due by 12/20/2024. (Ordered by Judge Mark Pittman on 11/22/2024) (sre) (Entered: 11/22/2024) |
| 11/29/2024 | 10 | First MOTION for Reconsideration re 7 Order on Motion for Extension of Time to File Answer,, Order on Motion for Miscellaneous Relief, filed by Charles Johnson (Kleinman, Bernard) (Entered: 11/29/2024) |
| 12/01/2024 | 11 | RESPONSE filed by Hal Lambert, Point Bridge Capital, LLC re: 10 First MOTION for Reconsideration re 7 Order on Motion for Extension of Time to File Answer,, Order on Motion for Miscellaneous Relief, (Thompson, William) (Entered: 12/01/2024) |
| 12/02/2024 | 12 | ORDER: Before the Court is Defendant's Motion to Reconsider his request to proceed without local counsel. ECF No. 10 . The Court notes that Plaintiffs responded to the Motion. ECF No. 11 . However, Plaintiffs response did not affect the Court's decision on this matter. For the reasons set out below, Defendant's Motion is DENIED. ORDER denying 10 Motion for Reconsideration. (Ordered by Judge Mark Pittman on 12/2/2024) (sre) (Entered: 12/02/2024) |
| 12/02/2024 | 13 | ELECTRONIC ORDER: While the Court DENIED Defendant's request to proceed without local counsel and his Motion for reconsideration. The Court finds it appropriate to grant Defendant additional time to find local counsel. Consequently, it is ORDERED that local counsel for Defendant shall make an appearance in this matter on or before 5:00 p.m. on December 13, 2024. Failure to comply with the Court's order will result in the issuance of appropriate sanctions. (Ordered by Judge Mark Pittman on 12/2/2024) (chmb) (Entered: 12/02/2024) |
| 12/13/2024 | 14 | First MOTION to Dismiss for Lack of Jurisdiction , First MOTION to Transfer Case out of District/Division () filed by Charles Johnson with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order, # 2 Exhibit(s)) (Kleinman, Bernard) (Entered: 12/13/2024) |

| 12/13/2024 | 15 | Brief/Memorandum in Support filed by Charles Johnson re 14 First MOTION to Dismiss for Lack of Jurisdiction First MOTION to Transfer Case out of District/Division (Kleinman, Bernard) (Entered: 12/13/2024) |
|---|---|---|
| 12/15/2024 | 16 | MOTION Permit the Parties to Confer Virtually re 9 Order Setting Deadline/Hearing filed by Charles Johnson (Attachments: # 1 Proposed Order) (Kleinman, Bernard) (Entered: 12/15/2024) |
| 12/15/2024 | 17 | Brief/Memorandum in Support filed by Charles Johnson re 16 MOTION Permit the Parties to Confer Virtually re 9 Order Setting Deadline/Hearing (Kleinman, Bernard) (Entered: 12/15/2024) |
| 12/16/2024 | 18 | ORDER DENYING 16 MOTION TO APPEAR VIRTUALLY AND TO SHOW CAUSE: Furthermore, because it appears that Defendant has chosen to simply ignore the Court's explicit order to get local counsel and to do so on or before 5:00 p.m., December 13, 2024, it is ORDERED that Defendant's Counsel appear at 8:00 a.m., Thursday, December 19, 2024. (Ordered by Judge Mark Pittman on 12/16/2024) (mmw) (Entered: 12/16/2024) |
| 12/16/2024 | 19 | ORDER: Before the Court is Defendant's Motion to Dismiss or Transfer (ECF No. 14 ). Having reviewed the Motion, the Court finds it appropriate to expedite the briefing on this matter. Therefore, it is ORDERED that Plaintiffs file their Response on or before December 23, 2024; and Defendant file his Reply on or before January 3, 2025. (Ordered by Judge Mark Pittman on 12/16/2024) (wxc) (Entered: 12/16/2024) |
| 12/17/2024 | 20 | Supplemental Document by Charles Johnson as to 18 Order to Show Cause/Order to Answer, . (Kleinman, Bernard) (Entered: 12/17/2024) |
| 12/17/2024 | 21 | ORDER: The Court previously scheduled a show-cause hearing for 8:00 a.m., Thursday, December 19, 2024, in the fourth-floor courtroom of the Eldon B. Mahon United States Courthouse. Based upon the letter submitted by Defendants Counsel, the Court finds good cause to reschedule the hearing for 1:30 p.m. on December 20, 2024. (Ordered by Judge Mark Pittman on 12/17/2024) (wxc) (Entered: 12/17/2024) |
| 12/18/2024 | 22 | First MOTION to Substitute Attorney, added attorney Lawrence J Friedman,Lawrence J Friedman,Carter Boisvert for Charles Johnson. Motion filed by Charles Johnson (Attachments: # 1 Proposed Order)Attorney Lawrence J Friedman added to party Charles Johnson(pty:dft) (Friedman, Lawrence) (Entered: 12/19/2024) |
| 12/19/2024 | 23 | ORDER: Before the Court is Defendant's Unopposed Motion to Substitute Attorneys (ECF No. 22 ). Having reviewed the Motion, the Court hereby GRANTS it. The show-cause hearing is hereby canceled, and no further action is required. (Ordered by Judge Mark Pittman on 12/19/2024) (jnp) (Entered: 12/19/2024) |
| 12/19/2024 |  | Hearing/Deadline Modification: Show Cause Hearing terminated per 23 Order. (jnp) (Entered: 12/19/2024) |
| 12/20/2024 | 24 | Proposal for contents of scheduling and discovery order *(Joint Report)* by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 12/20/2024) |
| 12/20/2024 | 25 | Proposal for contents of scheduling and discovery order *(First Amended Joint Report)* by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 12/20/2024) |

| 12/20/2024 | 26 | SCHEDULING ORDER: Jury Trial set for 12/15/2025 08:00 AM in US Courthouse, Courtroom 4th Floor, 501 W. 10th St. Fort Worth, TX 76102-3673 before Judge Mark Pittman. Joinder of Parties due by 2/18/2025. Amended Pleadings due by 2/18/2025. Deadline for mediation is on or before 6/18/2025. Discovery due by 7/18/2025. Motions due by 8/18/2025. Pretrial Order due by 11/20/2025. (Ordered by Judge Mark Pittman on 12/20/2024) (wxc) (Entered: 12/20/2024) |
|---|---|---|
| 12/23/2024 | 27 | RESPONSE filed by Hal Lambert, Point Bridge Capital, LLC re: 14 First MOTION to Dismiss for Lack of Jurisdiction First MOTION to Transfer Case out of District/Division (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 12/23/2024) |
| 12/23/2024 | 28 | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re 27 Response/Objection, (Thompson, William) (Entered: 12/23/2024) |
| 12/26/2024 | 29 | ORDER:The Court's Scheduling Order (ECF No. 26 ) appointed Justice David Keltner as the mediator in this case. The Court has been made aware of a conflict and therefore finds it appropriate to appoint a new mediator in this matter. Consequently, it is ORDERED that Justice Keltner be removed as the mediator in this matter and that Judge David Evans be appointed as the new mediator. Attorney David Lattimore Evans for ADR Provider added. Attorney David E Keltner terminated. (Ordered by Judge Mark Pittman on 12/26/2024) (wxc) (Entered: 12/26/2024) |
| 01/03/2025 | 30 | REPLY filed by Charles Johnson re: 14 First MOTION to Dismiss for Lack of Jurisdiction First MOTION to Transfer Case out of District/Division (Boisvert, William) (Entered: 01/03/2025) |
| 01/06/2025 | 31 | ORDER: Before the Court is Defendant's Motion to Dismiss or Transfer (ECF No. 14 ). Having reviewed the Motion, Response, and Reply, the Court finds it appropriate to order Plaintiffs to file a Second Amended Complaint. In their Second Amended Complaint Plaintiffs shall address the potential deficiencies pointed out in Defendants briefing so that the Court can make an informed decision on jurisdiction, should the matter once again arise. (Ordered by Judge Mark Pittman on 1/6/2025) (wxc) (Entered: 01/06/2025) |
| 01/06/2025 | 32 | ELECTRONIC ORDER finding as moot 14 Motion to Dismiss for Lack of Jurisdiction; Motion to Transfer Case out of District/Division per ECF No. 31. Plaintiffs shall file their Second Amended Complaint on or before January 21, 2025. Failure to comply with the Court's orders will result in appropriate sanctions up to and including the dismissal of this case without further notice. (Ordered by Judge Mark Pittman on 1/6/2025) (chmb) (Entered: 01/06/2025) |
| 01/06/2025 |  | Deadline Modification per 32 : Plaintiffs shall file their Second Amended Complaint on or before January 21, 2025. (wxc) (Entered: 01/06/2025) |
| 01/21/2025 | 33 | AMENDED COMPLAINT WITH JURY DEMAND against Charles Johnson filed by Point Bridge Capital, LLC, Hal Lambert. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Thompson, William) (Entered: 01/21/2025) |

| 02/11/2025 | 34 | Motion for Extension of Time to File Answer *and/or Leave to File Amended Answer* filed by Charles Johnson (Attachments: # 1 Proposed Order on Defendant's Motion to Extend Deadline to File Amended Answer and/or for Leave to File Amended Answer) (Boisvert, William) (Entered: 02/11/2025) |
|---|---|---|
| 02/11/2025 | 35 | ELECTRONIC ORDER granting 34 Motion for Extension of Time to File Answer. The deadline for Defendant to file an Amended Answer to Plaintiffs Second Amended Complaint [Doc. 33] shall be February 18, 2025. (Ordered by Judge Mark Pittman on 2/11/2025) (chmb) (Entered: 02/11/2025) |
| 02/18/2025 | 36 | *** STRICKEN PER 73 ORDER*** AMENDED ANSWER to 33 Amended Complaint,, filed by Charles Johnson Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (Boisvert, William) Modified per 73 order on 6/23/2025 (saw). (Entered: 02/18/2025) |
| 03/10/2025 | 37 | NOTICE of Change of Address for Attorney William Bennett Thompson on behalf of Point Bridge Capital, LLC. (Filer will update contact info in ECF.) (Thompson, William) (Entered: 03/10/2025) |
| 03/26/2025 | 38 | Agreed MOTION to Extend Time to Submit Expert Reports by Three Weeks filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 03/26/2025) |
| 03/26/2025 | 39 | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re 38 Agreed MOTION to Extend Time to Submit Expert Reports by Three Weeks (Thompson, William) (Entered: 03/26/2025) |
| 03/26/2025 | 40 | ELECTRONIC ORDER granting 38 Agreed Motion to Extend Time to Submit Expert Reports. It is ORDERED that the Parties' expert-report deadline is hereby extended by twenty-one days. (Ordered by Judge Mark Pittman on 3/26/2025) (chmb) (Entered: 03/26/2025) |
| 04/24/2025 | 41 | MOTION to Withdraw as Attorney *for Defendant* filed by Charles Johnson (Attachments: # 1 Proposed Order Granting Withdrawal) (Boisvert, William) (Entered: 04/24/2025) |
| 04/24/2025 | 42 | ORDER: Before the Court is Defendant's Counsel's Motion to Withdraw. ECF No. 41 . Because the withdraw will leave Defendant to proceed pro se in this matter, the Court finds it appropriate to set a hearing on this matter. Accordingly, the Court SETS a hearing on the Motion for Thursday, May 8, 2025, at 1:30 p.m., in the Fourth (Ordered by Judge Mark Pittman on 4/24/2025) (wxc) (Entered: 04/24/2025) |
| 04/28/2025 | 43 | First MOTION to Compel *Production of Documents* filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 04/28/2025) |
| 04/28/2025 | 44 | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re 43 First MOTION to Compel *Production of Documents* (Attachments: # 1 Exhibit(s)) (Thompson, William) (Entered: 04/28/2025) |
| 05/01/2025 | 45 | ORDER: Before the Court is Plaintiff's 43 Motion to Compel and for Sanctions. The Court SETS a hearing on Plaintiffs Motion to Compel for May 8, 2025, at 1:30 p.m. The Motion to Compel will be considered after the Motion to |

| | | | |
|---|---|---|---|
| | | | Withdraw. (Ordered by Judge Mark Pittman on 5/1/2025) (mmw) (Entered: 05/01/2025) |
| 05/05/2025 | | 46 | NOTICE of *CONSENT TO WITHDRAWAL OF COUNSEL* re: 41 MOTION to Withdraw as Attorney *for Defendant* filed by Charles Johnson (Boisvert, William) (Entered: 05/05/2025) |
| 05/05/2025 | 🔒 🔒 | 47 | *SEALED* MOTION FOR LEAVE TO FILE DECLARATION OF CHARLES JOHNSON UNDER SEAL filed by Charles Johnson (Attachments: # 1 Exhibit(s) Declaration, # 2 Proposed Order) (Boisvert, William) (Entered: 05/05/2025) |
| 05/06/2025 | 🔒 🔒 | 48 | *SEALED* ORDER granting sealed and/or ex parte motion 47 . (Ordered by Judge Mark Pittman on 5/6/2025) (wxc) (Entered: 05/06/2025) |
| 05/07/2025 | | 49 | MOTION for Leave to File to Supplement the Record with Evidence of Defendants False Statements and Misconduct filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 05/07/2025) |
| 05/07/2025 | | 50 | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re 49 MOTION for Leave to File to Supplement the Record with Evidence of Defendants False Statements and Misconduct (Attachments: # 1 Exhibit(s)) (Thompson, William) (Entered: 05/07/2025) |
| 05/07/2025 | | 51 | ELECTRONIC ORDER granting 49 Motion for Leave to File. (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Judge Mark Pittman on 5/7/2025) (chmb) (Entered: 05/07/2025) |
| 05/08/2025 | | 52 | ORDER: Before the Court are Defendant's Counsel's Unopposed 41 Motion to Withdraw; and Plaintiffs' 43 Motion to Compel. For the reasons stated on the record at the May, 8, 2025 hearing, the Motion to Withdraw is GRANTED; and the Motion to Compel is GRANTED in part. (see order for specifics) (Ordered by Judge Mark Pittman on 5/8/2025) (mmw) (Entered: 05/08/2025) |
| 05/08/2025 | | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:52. Thu May 8 15:58:26 CDT 2025 (crt) (Entered: 05/08/2025) |
| 05/08/2025 | | 54 | ELECTRONIC Minute Entry for proceedings held before Judge Mark Pittman: Motion Hearing held on 5/8/2025 re: 41 MOTION to Withdraw as Attorney *for Defendant*, 43 First MOTION to Compel *Production of Documents*. Attorney Appearances: Plaintiff - William Thompson; Defense - William Boisvert. (Court Reporter: Monica Guzman) (No exhibits) Time in Court - :40. (chmb) (Entered: 05/12/2025) |
| 05/09/2025 | | 53 | NOTICE of *Designation of Initial Expert Designations and Reports* filed by Hal Lambert, Point Bridge Capital, LLC (Attachments: # 1 Exhibit(s)) (Thompson, William) (Entered: 05/09/2025) |
| 05/12/2025 | 🔓 | 55 | Notice of Filing of Official Electronic Transcript of Motion Hearings Proceedings held on May 8, 2025 before Judge Mark T. Pittman. Court Reporter/Transcriber Monica Guzman, Telephone number 817-850-6681 or mguzman.csr@yahoo.com. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be |

| | | |
|---|---|---|
| | | redacted under 18 U.S.C. § 3509, file a <u>Redaction Request - Transcript</u> within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (41 pages) Redaction Request due 6/2/2025. Redacted Transcript Deadline set for 6/12/2025. Release of Transcript Restriction set for 8/11/2025. (mwg) (Entered: 05/12/2025) |
| 05/15/2025 | <u>56</u> | NOTICE of *Compliance with Order Re: Search Terms and Collection Protocol* re: <u>52</u> Order,, Terminate Motions,, Add and Terminate Attorneys, filed by Hal Lambert, Point Bridge Capital, LLC (Thompson, William) (Entered: 05/15/2025) |
| 05/21/2025 | <u>57</u> | ORDER TO SHOW CAUSE: Show Cause Hearing set for 6/5/2025 at 01:30 PM in US Courthouse, Courtroom 4th Floor, 501 W. 10th St. Fort Worth, TX 76102-3673 before Judge Mark Pittman. (Ordered by Judge Mark Pittman on 5/21/2025) (sre) (Entered: 05/21/2025) |
| 05/22/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:57. Thu May 22 14:07:05 CDT 2025 (crt) (Entered: 05/22/2025) |
| 06/04/2025 | <u>58</u> | MOTION for Further Relief And Notice of Defendant Johnsons Non-Compliance with Courts May 8, 2025 re <u>52</u> Order,, Terminate Motions,, Add and Terminate Attorneys, filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # <u>1</u> Proposed Order) (Thompson, William) (Entered: 06/04/2025) |
| 06/04/2025 | <u>59</u> | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re <u>58</u> MOTION for Further Relief And Notice of Defendant Johnsons Non-Compliance with Courts May 8, 2025 re <u>52</u> Order,, Terminate Motions,, Add and Terminate Attorneys, (Attachments: # <u>1</u> Exhibit(s)) (Thompson, William) (Entered: 06/04/2025) |
| 06/05/2025 | <u>60</u> | ORDER: On June 4, 2025, Plaintiffs filed a Motion for Further Relief and Notice of Defendant Johnson's Non-Compliance with the Court's May 8, 2025, Order. ECF No. <u>58</u> . Having considered the Plaintiffs Motion, the Court hereby SETS the Motion for hearing at the same time as the previously set hearing on June 5, 2025, at 1:30 p.m. Therefore, Mr. Johnson shall come prepared to SHOW CAUSE for the following: (1) failure to provide information or documents requested by the mediator; (2) failure to pay his portion of the mediation fee; (3) noncompliance with his discovery obligations as discussed in Plaintiffs' Motion. (Ordered by Judge Mark Pittman on 6/5/2025) (sre) (Entered: 06/05/2025) |
| 06/05/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:60. Thu Jun 5 09:21:36 CDT 2025 (crt) (Entered: 06/05/2025) |
| 06/05/2025 | <u>61</u> | ORDER granting <u>58</u> Motion: The Court SETS an additional hearing on the matter for June 19, 2025, at 2:00 pm. Please see order for additional details. (Ordered by Judge Mark Pittman on 6/5/2025) (sre) (Entered: 06/05/2025) |
| 06/05/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:61. Thu Jun 5 15:45:30 CDT 2025 (crt) (Entered: 06/05/2025) |
| 06/05/2025 | <u>62</u> | ORDER: The Court DIRECTS the Clerk of Court to pay the $5,000 to David L. Evans for his service as mediator in this case. The Court further ORDERS the Parties to contact David L. Evans on or before June 10, 2025, and arrange a date for the completion of mediation as mandated by the Scheduling Order in this case. The Parties are ORDERED to complete mediation on or before July 20, |

| | | |
|---|---|---|
| | | 2025. (Ordered by Judge Mark Pittman on 6/5/2025) (sre) (Entered: 06/05/2025) |
| 06/06/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:62. Fri Jun 6 11:23:35 CDT 2025 (crt) (Entered: 06/06/2025) |
| 06/09/2025 | 🔒 63 | Notice of Filing of Official Electronic Transcript of Show Cause Proceedings held on June 5, 2025 before Judge Mark T. Pittman. Court Reporter/Transcriber Monica Guzman, Telephone number 817-850-6681 or mguzman.csr@yahoo.com. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (36 pages) Redaction Request due 6/30/2025. Redacted Transcript Deadline set for 7/10/2025. Release of Transcript Restriction set for 9/8/2025. (mwg) (Entered: 06/09/2025) |
| 06/09/2025 | 64 | ORDER TO SHOW CAUSE: Because June 19 is a federal holiday on which the Courthouse will be close, the Court finds it appropriate to RESCHEDULE the hearing for June 18, 2025, at 2:00 p.m., in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse. (Ordered by Judge Mark Pittman on 6/9/2025) (mmw) (Entered: 06/09/2025) |
| 06/09/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:64. Mon Jun 9 15:45:43 CDT 2025 (crt) (Entered: 06/09/2025) |
| 06/13/2025 | 65 | NOTICE of *Charles Johnsons Continued Non-Compliance with the Courts Orders and Request for Further Relief to Compel Johnsons Compliance* re: 61 Order on Motion for Miscellaneous Relief filed by Hal Lambert, Point Bridge Capital, LLC (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 06/13/2025) |
| 06/13/2025 | 66 | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re 65 Notice (Other), (Attachments: # 1 Exhibit(s)) (Thompson, William) (Entered: 06/13/2025) |
| 06/13/2025 | 67 | ORDER: Johnson shall come to the June 18, 2025 hearing prepared to SHOW CAUSE why he should not be held in contempt, "arrested by the United States Marshals[,] and held in custody until such time as he fully complies with the Court's Order and purges his contempt." ECF No. 61 . (Ordered by Judge Mark Pittman on 6/13/2025) (jnp) (Entered: 06/13/2025) |
| 06/13/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:67. Fri Jun 13 16:44:46 CDT 2025 (crt) (Entered: 06/13/2025) |

| 06/16/2025 | 68 | ORDER: The Court previously scheduled a hearing for June 18, 2025, at 2:00 p.m., in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse. On June 13, 2025, the Court was noticed that Johnson has again failed to comply with the Court's Orders and issued a show cause order. ECF No. 67. On June 16, 2025, the Court was notified that Johnson has wholly failed to participate in the mediation despite multiple orders to do so. Consequently, the Court adds the issue of Johnsons refusal to participate in the Court Ordered Mediation to the previously scheduled show cause hearing (ECF No. 67 ). (Ordered by Judge Mark Pittman on 6/16/2025) (sre) (Entered: 06/16/2025) |
|---|---|---|
| 06/16/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:68. Mon Jun 16 09:35:42 CDT 2025 (crt) (Entered: 06/16/2025) |
| 06/18/2025 | 69 | ELECTRONIC Minute Entry for proceedings held before Judge Mark Pittman: Status Conference held on 6/18/2025. Attorney Appearances: Plaintiff - William Thompson; Defense - Josh Rhodes, Devon Sanders. (Court Reporter: Monica Guzman) (No exhibits) Time in Court - :30. (chmb) (Entered: 06/18/2025) |
| 06/18/2025 | 70 | ORDER: It is ORDERED that Devon Sanders and Joshua Rhodes of the Office of the Federal Public Defender are appointed as Counsel for Mr. Johnson for the June 18, 2025 hearing. It is further ORDERED that Joshua Rhodes and Devon Sanders are hereby terminated as counsel of record as they have completed their representation of Johnson at the hearing. (Ordered by Judge Mark Pittman on 6/18/2025) (mmw) (Entered: 06/18/2025) |
| 06/18/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:70. Wed Jun 18 15:44:16 CDT 2025 (crt) (Entered: 06/18/2025) |
| 06/20/2025 | 71 | MOTION for Attorney Fees filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 06/20/2025) |
| 06/20/2025 | 72 | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re 71 MOTION for Attorney Fees (Attachments: # 1 Exhibit(s)) (Thompson, William) (Entered: 06/20/2025) |
| 06/23/2025 | 73 | ORDER: It is ORDERED that Johnson's Amended Answer (ECF No. 36 ) is hereby STRICKEN in its entirety. Furthermore, it is ORDERED that the Clerk of the Court enter default against Johnson. Judgment will be entered against Johnson regarding his liability for actual, treble, and punitive damages on all of Plaintiffs' claims. It is further ORDERED that the Court's prior scheduling order is hereby moot. Finally, it is ORDERED that this matter is set for a jury trial on Plaintiffs' damages for July 14, 2025, at 9:00 a.m., in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse. (Ordered by Judge Mark Pittman on 6/23/2025) (saw) (Entered: 06/23/2025) |
| 06/23/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:988. Mon Jun 23 16:27:16 CDT 2025 (crt) (Entered: 06/23/2025) |
| 06/23/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:73. Mon Jun 23 16:27:38 CDT 2025 (crt) (Entered: 06/23/2025) |
| 06/23/2025 | 74 | Clerk's ENTRY OF DEFAULT as to Charles Johnson (saw) (Entered: 06/23/2025) |
| 06/23/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:74. Mon Jun 23 16:32:42 CDT 2025 (crt) (Entered: 06/23/2025) |

| 06/25/2025 | 🔒 75 | Notice of Filing of Official Electronic Transcript of Show Cause Proceedings held on June 18, 2025 before Judge Mark T. Pittman. Court Reporter/Transcriber Monica Guzman, Telephone number 817-850-6681 or mguzman.csr@yahoo.com. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (24 pages) Redaction Request due 7/16/2025. Redacted Transcript Deadline set for 7/28/2025. Release of Transcript Restriction set for 9/23/2025. (mwg) (Entered: 06/25/2025) |
| 07/03/2025 | 76 | ORDER: This case is SET for a jury trial on Plaintiffs' damages to begin on Monday, July 14, 2025, at 9:00 a.m., in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102. Pretrial Materials due by 7/10/2025. (Ordered by Judge Mark Pittman on 7/3/2025) (saw) (Entered: 07/03/2025) |
| 07/03/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:76. Thu Jul 3 15:41:54 CDT 2025 (crt) (Entered: 07/03/2025) |
| 07/10/2025 | 77 | MOTION Motion To Permit Remote Trial Testimony Of Expert Witness Stewart A. Baker Due To Serious Health Issue filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 07/10/2025) |
| 07/10/2025 | 78 | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re 77 MOTION Motion To Permit Remote Trial Testimony Of Expert Witness Stewart A. Baker Due To Serious Health Issue (Attachments: # 1 Exhibit(s)) (Thompson, William) (Entered: 07/10/2025) |
| 07/10/2025 | 79 | Witness List by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 07/10/2025) |
| 07/10/2025 | 80 | ORDER : Before the Court is Plaintiffs' 77 Motion to Permit Remote Trial Testimony of Expert Witness. The Court finds it appropriate to GRANT Plaintiffs' Motion under these extenuating circumstances. (Ordered by Judge Mark Pittman on 7/10/2025) (mmw) (Entered: 07/10/2025) |
| 07/10/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:80. Thu Jul 10 14:28:17 CDT 2025 (crt) (Entered: 07/10/2025) |
| 07/10/2025 | 81 | Exhibit List by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 07/10/2025) |
| 07/10/2025 | 82 | Exhibit List *(Plaintiffs' Statement Regarding Admissibility)* by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 07/10/2025) |
| 07/10/2025 | 83 | MOTION in Limine filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 07/10/2025) |
| 07/10/2025 | 84 | TRIAL BRIEF *TRIAL BRIEF ON TREATMENT OF ATTORNEYS FEES* by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: |

| | | |
|---|---|---|
| | | 07/10/2025) |
| 07/11/2025 | 85 | ORDER: Before the Court is Plaintiffs' Motion in Limine. ECF No. 83 . Upon review of the Motion, the Court determines that the Motion should be and are hereby GRANTED in part and DENIED in part without prejudice. (Ordered by Judge Mark Pittman on 7/11/2025) (wxc) (Entered: 07/11/2025) |
| 07/11/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:85. Fri Jul 11 11:18:55 CDT 2025 (crt) (Entered: 07/11/2025) |
| 07/11/2025 | 86 | ORDER: it is ORDERED that Defendant shall indicate to the Court his opposition or consent to the requested relief before 4:00 p.m., July 11, 2025. Failure to notify the Court of his stance through an appropriate filing will be construed as Defendants consent to the requested relief. (Ordered by Judge Mark Pittman on 7/11/2025) (wxc) (Entered: 07/11/2025) |
| 07/11/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:86. Fri Jul 11 11:34:52 CDT 2025 (crt) (Entered: 07/11/2025) |
| 07/11/2025 | 87 | *** UNFILED PER ORDER 89 *** Defendant Opposes re: 83 MOTION in Limine filed by Charles Johnson. ***FILED USING EMERGENCY FILING EMAIL*** (cea) Modified on 7/11/2025 (wxc). (Entered: 07/11/2025) |
| 07/11/2025 | 88 | Proposed Jury Charge filed by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 07/11/2025) |
| 07/11/2025 | 89 | ORDER Re 87 : it is ORDERED that Johnson's Opposition be STRUCK AND UNFILED. It is further ORDERED that Johnson register as an ECF user and file the Court ordered response regarding the pre-admission of exhibits by 5:00 p.m., July 11, 2025. See ECF No. 86 . (Ordered by Judge Mark Pittman on 7/11/2025) (wxc) (Entered: 07/11/2025) |
| 07/11/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:89. Fri Jul 11 16:35:17 CDT 2025 (crt) (Entered: 07/11/2025) |
| 07/11/2025 | 90 | ELECTRONIC ORDER: A review of the proposed jury charge (ECF No. 88) revealed that the Parties failed to submit any proposed jury questions. Accordingly, it is ORDERED that the Parties resubmit the agreed charge in accordance with the Court's prior order before 9:00 a.m., July 14, 2025. The new charge shall include proposed jury questions. (Ordered by Judge Mark Pittman on 7/11/2025) (chmb) (Entered: 07/11/2025) |
| 07/11/2025 | 91 | Proposed Voir Dire by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 07/11/2025) |
| 07/13/2025 | 92 | Exhibit List *Plaintiff's First Amended Trial Exhibit List* by Point Bridge Capital, LLC. (Thompson, William) (Entered: 07/13/2025) |
| 07/13/2025 | 93 | Proposed Jury Charge filed by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 07/13/2025) |
| 07/14/2025 | 94 | ORDER: It is ORDERED that the jury in the above styled and numbered cause be sequestered from the time they report to the jury room each day until released by the court at the end of each day. This partial sequestration will continue until a verdict is reached and the jury is formally discharged by the court or until further order of the court. (Ordered by Judge Mark Pittman on 7/14/2025) (wxc) (Entered: 07/14/2025) |

| 07/14/2025 | 95 | ELECTRONIC Minute Entry for proceedings held before Judge Mark Pittman: Jury Trial Begun on 7/14/2025. Jury verdict rendered. The parties are ordered to file a joint admitted exhibit list no later than Tuesday, July 15, 2025 by 5:00 p.m. Attorney Appearances: Plaintiff - William Bennett Thompson; Defense - Charles Johnson appearing pro se. (Court Reporter: Monica Guzman) (Exhibits admitted) Time in Court - 6:05. (sre) (Entered: 07/14/2025) |
| --- | --- | --- |
| 07/14/2025 | 96 | ORDER: It is ORDERED that Plaintiffs file their motion for attorney's fees on or before July 21, 2025. The Court finds that Plaintiffs' previous 71 motion is DENIED as moot so that the requested fees may be included in the upcoming motion. Further, it is ORDERED that Plaintiffs file an appropriate motion regarding treble damages or any other relief they feel they are entitled to on or before July 21, 2025. Responses due by 7/28/2025. The Court once again ORDERS Johnson to register as an ECF User. Per the Court's prior 95 order, the Parties shall submit, on or before 5:00 p.m., Tuesday, July 15, 2025, a joint admitted exhibit list. (Ordered by Judge Mark Pittman on 7/14/2025) (jnp) (Entered: 07/15/2025) |
| 07/14/2025 | 97 | Jury Charge/Verdict (wxc) (Entered: 07/15/2025) |
| 07/15/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:94, 96. Tue Jul 15 08:22:51 CDT 2025 (crt) (Entered: 07/15/2025) |
| 07/15/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:97. Tue Jul 15 12:31:36 CDT 2025 (crt) (Entered: 07/15/2025) |
| 07/15/2025 | 98 | Exhibit List *(Admitted)* by Hal Lambert, Point Bridge Capital, LLC. (Thompson, William) (Entered: 07/15/2025) |
| 07/18/2025 | 🔒 99 | Notice of Filing of Official Electronic Transcript of Jury Trial Proceedings held on July 14, 2025 before Judge Mark T. Pittman. Court Reporter/Transcriber Monica Guzman, Telephone number 817-850-6681 or mguzman.csr@yahoo.com. Parties are notified of their duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (254 pages) Redaction Request due 8/8/2025. Redacted Transcript Deadline set for 8/18/2025. Release of Transcript Restriction set for 10/16/2025. (mwg) (Entered: 07/18/2025) |
| 07/21/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:. 99 NEF Mon Jul 21 11:53:43 CDT 2025 (crt) (Entered: 07/21/2025) |
| 07/21/2025 | 100 | MOTION for Attorney Fees *Under RICO* filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Thompson, William) (Entered: 07/21/2025) |
| 07/21/2025 | 101 | Appendix in Support filed by Hal Lambert, Point Bridge Capital, LLC re 100 MOTION for Attorney Fees *Under RICO* (Attachments: # 1 Exhibit(s)) (Thompson, William) (Entered: 07/21/2025) |
| 07/21/2025 | 102 | MOTION for Treble Damages and Asset Preservation Relief re 96 Order Setting Deadline/Hearing,,, Terminate Motions,, filed by Hal Lambert, Point Bridge Capital, LLC with Brief/Memorandum in Support. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order, # 2 Proposed Final Judgment) (Thompson, William) (Entered: 07/21/2025) |
| 07/29/2025 | 103 | ORDER: Beginning with Plaintiffs' Motion for Attorney Fees Under RICO (ECF No. 100 ), the Court finds that the attorney fees moved for are appropriate in this case and hereby GRANTS the Motion. Next, the Court turns to Plaintiffs' 102 Motion for Treble Damages and Asset Preservation Relief. Having considered the Motion, record, and applicable law, the Court hereby GRANTS the Motion. (Clerk Note: See order for specific details) (Ordered by Judge Mark Pittman on 7/29/2025) (saw) (Entered: 07/29/2025) |
| 07/29/2025 | 104 | FINAL JUDGMENT: This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). It is ORDERED that Plaintiff Lambert shall recover $47,000,000.00 from Defendant Johnson. Furthermore, it is ORDERED that Plaintiff Point Bridge Capital shall recover $24,000,000.00 from Defendant Johnson. Further, it is ORDERED that Plaintiffs shall recover from Defendant Johnson the cost of the suit and reasonable attorney's fees. On due consideration of the hours and expenses incurred in pursuing the compensable claims, it is ORDERED that Plaintiffs shall collectively recover $1,033,130.00 in fees and costs from Defendant Johnson. Pursuant to LR 79.2 and LCrR 55.2, exhibits may be claimed during the 60-day period following final disposition (to do so, follow the procedures found at Exhibit Guide). The clerk will discard exhibits that remain unclaimed after the 60-day period without additional notice. (Clerk to notice any party not electronically noticed.) (Clerk Note: See order for specific details.) (Ordered by Judge Mark Pittman on 7/29/2025) (saw) (Entered: 07/29/2025) |
| 07/29/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:103, 104. Tue Jul 29 09:42:06 CDT 2025 (crt) (Entered: 07/29/2025) |
| 08/06/2025 | 105 | NOTICE OF APPEAL as to 104 Judgment, to the Fifth Circuit by Charles Johnson. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Attachments: # 1 Envelope) (tle) (Entered: 08/08/2025) |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH**

FILED

AUG - 6 2025

CLERK, U.S. DISTRICT COURT

By _____
Deputy

POINT BRIDGE CAPITAL, LLC,

*Plaintiff,*

v.

CHARLES JOHNSON,

*Defendant.*

**4:2024-CV-00988-P**

**NOTICE OF APPEAL**

Please take notice that Defendant Charles Johnson, *pro se,* hereby appeals to the United

States Court of Appeals for the Fifth Circuit from the Final Judgment (Dkt. 104) entered in this

action on July 29, 2025, and from all orders and rulings adverse to Defendant.

Dated: August 2, 2025
[Washington, D.C.]

Respectfully submitted,

/s/ Charles Johsnon
[1624 Fieldthorn Drive, Reston, VA,
6174294718, charlescjohnson88@gmail.com]
*Pro Se Defendant*

08/04/2025

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

POINT BRIDGE CAPITAL, LLC,
ET AL.,

    **Plaintiffs,**

v.                                                                No. 4:24-cv-00988-P

CHARLES JOHNSON,

    **Defendant.**

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Clerk of the Court shall transmit a true copy of this judgment to the parties. In accordance with the Jury's Verdict and the Court's rulings, judgment is hereby entered in favor of Plaintiffs as follows:

For Defendant's predicate acts constituting a pattern of racketeering activity, the jury found that Plaintiff Hal Lambert is entitled to recover $7,500,000.00. Pursuant to 18 U.S.C. § 1964(c), this RICO award must treble, entitling Plaintiff Lambert to **$22,500,000.00**.

For Defendant's predicate acts constituting a pattern of racketeering activity, the jury found that Plaintiff Point Bridge Capital is entitled to recover $8,000,000.00. Pursuant to 18 U.S.C. § 1964(c), this RICO award must treble, entitling Plaintiff Point Bridge Capital to **$24,000,000.00**.

For the general and specific damages that were proximately caused by Defendant's defamatory statements, the jury found that Plaintiff Lambert is entitled to recover **$9,500,000.00**.

For Defendant's fraud, malice, or gross negligence, the jury also awarded Plaintiff Lambert exemplary damages in the amount of **$15,000,000.00**.

For these reasons, and in accordance with Federal Rule of Civil Procedure 58 and the Court's inherent authority, it is **ORDERED** that Plaintiff Lambert shall recover **$47,000,000.00** from Defendant Johnson. Furthermore, it is **ORDERED** that Plaintiff Point Bridge Capital shall recover **$24,000,000.00** from Defendant Johnson.

Further, it is **ORDERED** that Plaintiffs shall recover from Defendant Johnson the cost of the suit and reasonable attorney's fees. On due consideration of the hours and expenses incurred in pursuing the compensable claims, it is **ORDERED** that Plaintiffs shall collectively recover **$1,033,130.00** in fees and costs from Defendant Johnson.

**SO ORDERED** on this **29th day of July 2025.**

_Mark T. Pittman_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2