# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals Fifth Circuit
**FILED**
August 20, 2026
Lyle W. Cayce
Clerk

No. 25-10919

Point Bridge Capital, L.L.C.; Hal Lambert,

*Plaintiffs—Appellees*,

*versus*

Charles Johnson,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-988

Before Elrod, *Chief Judge*, and Clement and Oldham, *Circuit Judges*.

Per Curiam:*

Charles Johnson, *pro se*, appeals from a jury's damages verdict following the district court's entry of default judgment on liability. After reviewing the briefing and record, we find no reversible error. AFFIRMED.

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.